1  Shanny J. Lee, Calif. Bar No. 213599
   LAW OFFICES OF HARRY J. BINDER
2  AND CHARLES E. BINDER, P.C.
3  770 The City Drive South Suite 2000
   Orange, CA 92868
4  Phone (714) 564-8644
5  Fax   (714) 940-0311
   Email:  shannyjlee@gmail.com
6
7  Attorneys for Plaintiff Ruth R. Cox

8

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                          WESTERN DIVISION
12

13
   RUTH R. COX,                    ) No. CV 11-10433-SP
14                                 )
       Plaintiff,                  ) **ORDER AWARDING ATTORNEY**
15                                 ) **FEES UNDER THE EQUAL**
       v.                          ) **ACCESS TO JUSTICE ACT,**
16                                 ) **PURSUANT TO 28 U.S.C. § 2412(d),**
17 MICHAEL J. ASTRUE,              ) **AND COSTS, PURSUANT TO 28**
18 Commissioner of Social Security,) **U.S.C. § 1920**
                                   )
19     Defendant.                  )
20 _____ )

21

22      Based upon the parties' Stipulation for the Award and Payment of Equal

23 Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

24 be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND

25 ONE HUNDRED dollars and 00/100's ($4,100.00), and costs under 28 U.S.C. §

26 1920, in the amount of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS

27 //

28

                                    1

($350.00), subject to the terms of the above-referenced Stipulation.  Any payment shall be delivered to Plaintiff's counsel.

Dated: December 26, 2012                       /s/
                                      HON. SHERI PYM
                                      UNITED STATES MAGISTRATE JUDGE